**Order entered January 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00563-CR

### BILLY JOE CAMPBELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-81619-2012

## ORDER

The Court **REINSTATES** the appeal.

On January 13, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. On January 17, 2015, we received appellant's brief and on January 18, 2015, appellant filed an extension motion. Accordingly, in the interest of expediting the appeal, we **VACATE** the January 13, 2015 order requiring findings.

We **GRANT** the January 18, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
        JUSTICE